**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Maryland**
                                  (State)

Case number (If known): _____   Chapter **7**

24-15123

$338 #44001820

Official Form 205

☐ Check if this is an amended filing

# Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

USBC-MD B FILED 18 JUN '24 AM 10:07

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Art & Luxury, Inc., a Colorado Corporation

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   | 7033 | Wallford Drive |
   | Number | Street |

   | Baltimore | | MD | 21222 |
   | City | | State | ZIP Code |

   | Baltimore |
   | County |

   **Mailing address, if different**

   | | |
   | Number | Street |

   P.O. Box _____

   | | | |
   | City | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   | | |
   | Number | Street |

   | | | |
   | City | State | ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

5

Debtor _____  Case number (if known)_____
         Name

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____  Relationship _____
       District _____ Date filed _____  Case number, if known _____
                                         MM / DD / YYYY

       Debtor _____  Relationship _____
       District _____ Date filed _____  Case number, if known _____
                                         MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor **Art & Luxury, Inc., a Colorado Corporation**
Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Vitali Trappe | Business | $ 41000 |
| William Steiner | Business | $ 29000 |
| Bart O'Connell | Business | $ 37000 |
| | Total of petitioners' claims | $ 107000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**       **Attorneys**

**Name and mailing address of petitioner**

Vitali Trappe
Name

7718   Church Road
Number   Street

Baltimore      MD      21222
City           State    ZIP Code

Printed name _____

Firm name, if any _____

Number   Street _____

City      State     ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City    State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/18/2024**
             MM / DD / YYYY

✗ *[signature: Vitali Trappe]*
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205            Involuntary Petition Against a Non-Individual            page 3

Debtor **Art & Luxury, Inc., a Colorado Corporation**
Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Name: William Steiner

Number / Street: 1389 Delight Avenue

City: Baltimore   State: MD   ZIP Code: 21236

**Name and mailing address of petitioner's representative, if any**

Name: 

Number / Street: 

City:   State:   ZIP Code: 

Printed name: 

Firm name, if any: 

Number / Street: 

City:   State:   ZIP Code: 

Contact phone:    Email: 

Bar number: 

State: 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2024 (MM / DD / YYYY)

X *[signature: William Steiner]*
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed: ____ (MM / DD / YYYY)

---

**Name and mailing address of petitioner**

Name: Bart O'Connell

Number / Street: 392 W 33rd Street

City: Baltimore   State: MD   ZIP Code: 21211

**Name and mailing address of petitioner's representative, if any**

Name: 

Number / Street: 

City:   State:   ZIP Code: 

Printed name: 

Firm name, if any: 

Number / Street: 

City:   State:   ZIP Code: 

Contact phone:    Email: 

Bar number: 

State: 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2024 (MM / DD / YYYY)

X *[signature: Bart O'Connell]*
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed: ____ (MM / DD / YYYY)

---

Vitali Trappe
7718 Church Road
Baltimore, MD 21222

William Steiner
1389 Delight Avenue
Baltimore, MD 21236

Bart O'Connell
392 W 33rd Street
Baltimore MD 21211